UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BARTON Individually,<br>Plaintiff,<br>v.<br>CITY OF POMONA; VINCENT VIZCAINO 42688; KEVIN GUILLEN 42804; FERDINAND SALGADO 42591; DOES 1 through 10, Jointly and Severally,<br>Defendants. | Case No. 2:26-cv-04622-AH-BFM<br>*Judge: Hon. Anne Hwang*<br>*Mag. Judge: Hon. Brianna Fuller Mircheff*<br>STIPULATED PROTECTIVE ORDER |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: November 20, 2026

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE